**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Perez,<br><br>　　　　　Petitioner,<br><br>v.<br><br>A Dulgov,<br><br>　　　　　Respondent. | No. CV-22-00405-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bruce Macdonald. (Doc. 12.) Magistrate Judge Macdonald recommends granting Dulgov's Motion to Dismiss and dismissing Perez's Petition for Writ of Habeas Corpus. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Macdonald's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Accordingly,

**IT IS ORDERED:**

1. The Report and Recommendation (Doc. 12) is **adopted.**

2. Dulgov's Motion to Dismiss (Doc. 11) is **granted.**

3. Perez's Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed.**

4. The Clerk of Court must enter judgment accordingly and close its file in this action.

Dated this 19th day of January, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge